IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JORGE GEVARA,[1] et al., )
)
        Plaintiffs, )
)
    v. ) 1:09CV978
)
BOYD BENNETT, et al., )
)
        Defendants. )

## O R D E R

On December 29, 2009, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiffs filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Plaintiff's objections[2] de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that this action is dismissed sua sponte without prejudice to Plaintiffs filing new complaints, on the proper § 1983 forms, in a proper district.

---

[1] The Court notes that while the Objections and Complaint submitted by Plaintiff list his name as "Jorge Galeas Jr.," Prisoner Inmate Number 0655559 is assigned to an individual named "Jorge Gevara" and that is the name listed on the copy of the Trust Fund Account Statement submitted in support of his Declaration and Request to Proceed In Forma Pauperis. Thus, to avoid any confusion with prison mailings, etc., the Court will use the prisoner's true name of Jorge Gevara.

[2] This court further notes the objections were filed by "Jorge Geleas Jr. . . . on behalf of all plaintiffs." Jorge Geleas Jr. is hereby cautioned that unless he is an attorney admitted to practice in this court (See LR 83.1 (c)), he cannot file pleadings on behalf of another litigant.

*William L. Osteen, Jr.*
　　　　　　　　　　　　　　　　United States District Judge

April 6, 2010